# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT RANDALL MEANS,<br>*Petitioner*, | : | **CIVIL ACTION** |
| v. | : | |
| MR. J. ECKARD *et al.*,<br>*Respondents*. | :<br>:<br>: | **No. 15-2310** |

## ORDER

AND NOW, this 15th day of August, 2019, upon consideration of Petitioner Scott Randall Means'[1] Petition for Writ of Habeas Corpus (Doc. No. 1), Petitioner's Amendment to His Petition (Doc. No. 17), Respondents' response (Doc. No. 12), Petitioner's Supplements (Doc. Nos. 19, 20, 22, 23, & 25), upon review of the Report & Recommendation of U.S. Magistrate Judge David R. Strawbridge (Doc. No. 26), and Petitioner's failure to respond thereto,[2] it is **ORDERED** that:

1. The Report & Recommendation (Doc. No. 26) is **APPROVED** and **ADOPTED**;

2. Mr. Means' Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), and;

4. The Clerk of the Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Scott Randall Means is also known as Daren Williams.

[2] Mr. Means repeatedly requested, and was granted, extensions to file objections to the Report & Recommendation. *See* Doc. Nos. 31 and 35. However, Mr. Means never filed an objection, timely or otherwise. In any event, the Court's independent review of the record and the parties' filings reveals that Magistrate Judge Strawbridge's reasoning and conclusion are correct, and that Mr. Means' Petition lacks merit.